UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
                                                      :
                        Plaintiff,                    :
                                                      :      20-MC-065 (JMF)
        -v-                                           :
                                                      :      ORDER
JOSEPH LEIBNER, et al.,                               :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The United States of America — as part of the Department of Justice Antitrust Division's "Judgment Termination Initiative" — moves for termination of the final judgment entered on July 2, 1926, by Judge Augustus Hand in *United States of America v. Leibner*, In Equity No. 37-319. The Government's decision to expend its resources on — and, by extension, to burden the Court with — this effort is somewhat mystifying, as it is unclear what harms are caused by leaving in place a 94-year-old consent decree against eight people, all of whom are presumably long dead, relating to three live freshwater fish companies, all of which are apparently long gone. What's done is done, however, and the Court agrees, substantially for the reasons set forth in the Government's memorandum of law, that there is no reason to leave in place a final judgment that is effectively, if not actually, moot. Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that the final judgment in In Equity No. 37-319 is hereby terminated.

      SO ORDERED.

Dated: February 7, 2020
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge